**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00178-CV**
_____

**IN RE SEAN HEIDRICH**

**Original Proceeding**
**418th District Court of Montgomery County, Texas**
**Trial Cause No. 20-01-00492-CV**

**MEMORANDUM OPINION**

Relator Sean Heidrich filed a mandamus petition asking this Court to compel the Honorable Tracy Gilbert to rule upon the parties' joint motion to conduct trial via Zoom due to the Covid-19 pandemic. This Court stayed the trial setting while we considered the merits of the mandamus petition.

Relator and the real party in interest have filed a joint motion to dismiss the mandamus proceeding, in which they state that the Honorable Tracy Gilbert has now heard the joint motion. We dissolve our temporary order and grant the joint motion to dismiss. This original proceeding is dismissed without reference to the merits.

PETITION DISMISSED.

1

PER CURIAM

Submitted on September 2, 2020
Opinion Delivered September 3, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.